SLIP OPINION

2015 Ark. 493

# SUPREME COURT OF ARKANSAS

**Opinion Delivered:** December 17, 2015

IN RE SUPREME COURT
COMMITTEE ON SECURITY
AND EMERGENCY
PREPAREDNESS

**PER CURIAM**

Chief of Police Michael J. Davis of North Little Rock is appointed to the Arkansas Supreme Court Committee on Security and Emergency Preparedness for a three-year term to expire on December 17, 2018. We thank him for his willingness to serve on this committee.

The court expresses its gratitude to outgoing member, Chief of Police A. J. Gary of Conway, for his service on this committee.